[Crim. No. 2549. In Bank.—February 16, 1923.]

In the Matter of the Application of JOHN JORDAN for a Writ of Habeas Corpus.

CRIMINAL LAW—ROBBERY—INDETERMINATE SENTENCE—VALIDITY OF.—An indeterminate sentence for robbery is, in effect, for the maximum term provided by law, for life imprisonment, and is not void for uncertainty.

APPLICATION for a Writ of Habeas Corpus.   Denied.

The facts are stated in the opinion of the court.

John Jordan, *in pro. per.,* for Petitioner.

THE COURT.—The petitioner was given an indeterminate sentence for robbery.   The petitioner claims that the sentence is void for uncertainty, citing *People* v. *Sama,* 189 Cal. 153 [207 Pac. 893]; *People* v. *Mendosa,* 178 Cal. 509 [193 Pac. 998]; *In re Lee,* 177 Cal. 690 [171 Pac. 958], and Penal Code, sections 213, 671, and 1168.

The sentence was, in effect, for the maximum term provided by law.   (*In re Lee, supra.*)

The maximum term provided by law was life imprisonment.

The petition is denied.

Wilbur, C. J., Myers, J., Seawell, J., Waste, J., and Kerrigan, J., concurred.